IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ELLIS MCFEE,<br><br>    Defendant.<br>_____/ | No. 04-40034 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S ADMISSION OF THE VIOLATIONS OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE |

The Court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation Regarding Defendant's Admission of the Violations of the Terms and Conditions of Supervised Release and adopts the Recommendation in every respect.  Accordingly,

Defendant Ellis McFee's admission of the violation is accepted by the Court as to charge two of the Petition of Arrest Warrant for Offender Under Supervision filed on April 2, 2010, charging Defendant Ellis McFee with remitting urine specimens that tested positive for cocaine on several occasions in March 2010. Sentencing is set for May 5, 2010 at 2:00 p.m.  The U.S. Probation Office shall prepare a sentencing memorandum and disclose said memorandum to the government and defense counsel.

Dated: 5/5/2010

CLAUDIA WILKEN
United States District Judge

cc:  DMR; Probation; Wings